| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, a California corporation, et al., | No. 2:20-cv-09893 JGB (SHKx) |
| Plaintiffs, | **ORDER CONTINUING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, in his official capacity, et al., | |
| Defendants. | |

1  IT IS SO ORDERED that:

2  - Defendants' deadline to respond the first amended complaint is
3    hereby extended to December 8, 2021;
4  - Plaintiffs shall file their opposition to Defendants' forthcoming
5    motion to dismiss by January 14, 2022;
6  - Defendants shall file their reply to the forthcoming motion to dismiss
7    by January 24, 2022;
8  - Defendants' forthcoming motion to dismiss shall be heard on
9    February 7, 2022 at 9:00 a.m.

Dated: December 2, 2021

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Matthew J. Smock*
JASON K. AXE
MATTHEW J. SMOCK
Assistant United States Attorney
Attorneys for Defendants