|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |
| 8   |
| 9   |
| 10  |
| 11  |
| 12  |
| 13  |
| 14  |
| 15  |
| 16  |
| 17  |
| 18  |
| 19  |
| 20  |
| 21  |
| 22  |
| 23  |
| 24  |
| 25  |
| 26  |
| 27  |
| 28  |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| IMMIGRANT DEFENDERS LAW CENTER, *et al.*, | Case No. 2:20-cv-09893-JGB-SHK |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | |

IT IS SO ORDERED that:

- Plaintiffs shall file their motion for class certification by February 17, 2022;
- Defendants shall file their opposition to the motion for class certification by March 10, 2022;
- Plaintiffs shall file their reply to the motion for class certification by March 31, 2022; and
- Plaintiffs' forthcoming motion for class certification shall be heard on April 18, 2022 at 9:00 a.m.

Dated: <u>February 17, 2022</u>

HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE