1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

IMMIGRANT DEFENDERS LAW CENTER, *et al.*,

    Plaintiffs,

  v.

ALEJANDRO MAYORKAS, *et al.*,

    Defendants.

Case No. 2:20-cv-09893-JGB-SHKx

**ORDER**

Judge: Honorable Jesus G. Bernal
Crtrm: 1

**NOTE CHANGES MADE BY THE COURT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED that:

Matthew Vogel, counsel for Plaintiffs, may appear via telephone or Zoom for the motion to dismiss hearing set for **March 22, 2022** at 9:00 a.m. and other counsel and Plaintiffs may observe the hearing remotely.

Dated: <u>March 16, 2022</u>

_____
Hon. Jesus G. Bernal
U.S. DISTRICT COURT JUDGE