UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, a California corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, in his official capacity, et al., <br><br> Defendants. | No. 2:20-cv-09893 JGB (SHKx) <br><br> **ORDER** |

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 189) and Plaintiffs' Motion for Class Certification (Dkt. 205) is hereby continued to May 2, 2022 at 9:00 a.m.

Dated: April 12, 2022

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Matthew J. Smock*
JASON K. AXE
MATTHEW J. SMOCK
Assistant United States Attorneys
Attorneys for Defendants