UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et el.*, <br><br> Defendants. | Case No. 2:20-cv-09893-JGB-SHKx <br><br> **ORDER GRANTING PERMISSION TO OBSERVE HEARING REMOTELY** <br><br> Judge: Honorable Jesus G. Bernal <br> Crtrm: 1 |

ORDER

IT IS SO ORDERED that:

Non-appearing counsel and Plaintiffs may observe the motion to dismiss and class certification hearing set for **May 2, 2022** at 9:00 a.m. remotely.

Dated: April 27, 2022

_____
Hon. Jesus G. Bernal
U.S. DISTRICT JUDGE

ORDER