UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, a California corporation, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, et al.,<br><br>    Defendants. | Case No. 2:20-cv-09893 JGB (SHKx)<br><br>**ORDER CONTINUING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL COMPLETION OF THE ADMINSITRATIVE RECORD (ECF 277)** |

    IT IS SO ORDERED that for the reasons set forth in the parties' stipulation, the deadline for Defendants to file their opposition to Plaintiffs' Motion to Compel Completion of the Administrative Record is continued until September 26, 2023, and the deadline for Plaintiffs to file their reply is continued until October 3, 2023.

Dated: October 3, 2023

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants