1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

11

12

13

14

15

16

17

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-09893-JGB-SHK<br><br>[~~PROPOSED~~] ORDER TO VACATE MOTION TO COMPEL BRIEFING SCHEDULE (ECF NO. 317)<br><br>Judge: Honorable Jesus G. Bernal<br>Crtrm: 1<br><br>Action Filed: October 28, 2020 |

18

19

20

IT IS HEREBY ORDERED that all deadlines in the motion to compel briefing schedule in the April 10, 2024 Minutes (ECF No. 317) are vacated.

21

22     Dated: ____04/29/2024_____

23

24     _____
       HONORABLE SHASHI H. KEWALRAMANI
       UNITED STATES MAGISTRATE JUDGE

25

26

27

28