UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 2:20-cv-09893-JGB-SHK <br><br> **ORDER TO STAY MATTER PENDING SETTLEMENT DISCUSSIONS** |

IT IS HEREBY ORDERED that this matter is STAYED, and all deadlines and dates are held in abeyance, for the reasons set forth in the parties' Joint Stipulation to Stay Matter Pending Settlement Discussions.

Further, the Court ORDERS the following settlement-related deadlines:

1. **September 17, 2024**: Plaintiffs will send Defendants a red-lined version of the 12/23 settlement proposal, with explanations for any proposed substantive changes.
2. **September 20, 2024**: Deadline for parties to file a joint stipulation memorializing the terms set forth herein.
3. **September 24, 2024:** Deadline to request a virtual settlement conference with Magistrate Judge Shashi H. Kewalramani on or before December 3, 2024.
4. **October 29, 2024**: Defendants will provide a written response to Plaintiffs' red-lined document, indicating their positions on each of the revisions proposed by Plaintiffs and explaining any proposed substantive changes.
5. **November 5, 2024**: Deadline for parties to exchange lists of their outstanding questions.
6. **November 12, 2024**: Deadline for parties to meet to resolve any outstanding questions and assess the viability of settlement.
7. **December 3, 2024**: The parties will meet for a virtual settlement conference with Magistrate Judge Shashi H. Kewalramani on or before this date.

To the extent that either party determines on or after November 12, 2024 that settlement of all issues is not viable, the parties will submit a stipulation within 24 hours continuing all deadlines in the existing Scheduling Order by the length of the stay.

Dated: <u>October 2, 2024</u>

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

- 2 -