UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-09893-JGB-SHK<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S *EX PARTE* APPLICATION FOR A STAY OF AGENCY ACTION UNDER 5 U.S.C. § 705**<br><br>[**NOTE CHANGES MADE BY COURT**]<br><br>Judge:  Honorable Jesus G. Bernal<br>Crtrm:  1<br><br>Action Filed:   October 28, 2020 |

**IT IS HEREBY ORDERED** that the following briefing schedule, based on the stipulation of the parties, shall govern Plaintiff's *Ex Parte* Application for a Stay of Agency Action Under 5 U.S.C. § 705.

- **February 20, 2025**: Deadline for Defendants to file opposition to the *Ex Parte* Application.
- **February 27, 2025**: Deadline for Plaintiff to file reply in support of the *Ex Parte* Application.
- **March 24, 2025 at 9:00 a.m.**: Hearing for the *Ex Parte* Application.

Dated: February 13, 2025

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE