# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>               Defendants. | Case No. 2:20-cv-09893-JGB-SHK<br><br>**ORDER TO LIFT STAY AND MODIFY SCHEDULING ORDER**<br><br>Judge:   Honorable Jesus G. Bernal<br>Crtrm:   1<br><br>Action Filed:   October 28, 2020 |

IT IS HEREBY ORDERED that the stay in this matter (ECF No. 360) is lifted, for the reasons set forth in the Parties' Joint Stipulation to Lift Stay and Modify Scheduling Order.

IT IS FURTHER ORDERED that all deadlines and dates in the Civil Trial Scheduling Order (ECF No. 351) are modified as follows:

- Deadline for Initial Designation of Expert Witnesses: **March 21, 2025** (continued from November 22, 2024)

- Deadline for Designation of Rebuttal Expert Witnesses: **April 4, 2025** (continued from December 6, 2024)

- All Discovery Cut-Off (including hearing of discovery motions): **April 18, 2025** (continued from December 20, 2024)

- Dispositive Motion Hearing Cut-Off: **June 30, 2025 at 9:00 a.m.** (continued from March 3, 2025 at 9:00 a.m.)
- Final Pretrial Conference: **August 25, 2025 at 11:00 a.m.** (continued from April 28, 2025 at 11:00 a.m.)
- Court Trial: **September 9, 2025 at 9:00 a.m.** (continued from May 13, 2025 at 9:00 a.m.)

Dated: February 13, 2025

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE