# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-09893-JGB-SHK<br><br>**ORDER TO MODIFY SCHEDULING ORDER AND PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING**<br><br>Judge:　Honorable Jesus G. Bernal<br>Crtrm:　1<br><br>Action Filed:　October 28, 2020 |

　　　IT IS HEREBY ORDERED that all deadlines and dates in the Civil Trial Scheduling Order (ECF No. 351) and the page limits for memoranda of points and authorities are modified as follows:

- Deadline for Defendants to file opening Motion for Summary Judgment (MSJ): **February 23, 2026** (no change to date), **30 pages**
- Deadline for Plaintiffs to file an Opposition to Defendants' MSJ and Plaintiffs' Cross-Motion for Summary Judgment: **March 23, 2026, 45 pages**
- Deadline for Defendants to file a Reply in support of Defendants' MSJ and Opposition to Plaintiffs' MSJ: **April 20, 2026, 35 pages**
- Deadline for Plaintiffs to file Reply in support of Plaintiffs' MSJ: **May 11,**

**2026, 20 pages**

- Dispositive Motion Hearing: **June 1, 2026 at 9:00 a.m.** (continued from April 13, 2026 at 9:00 a.m.)
- Final Pretrial Conference: **June 29, 2026 at 11:00 a.m.** (continued from May 11, 2026 at 11:00 a.m.)
- Court Trial: **July 14, 2026 at 9:00 a.m.** (continued from June 2, 2026 at 9:00 a.m.)

Dated: February 6, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE