# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br> MARKWAYNE MULLIN , *et al.*,<br><br>  Defendants. | Case No. 2:20-cv-09893-JGB-SHK<br><br>**ORDER TO MODIFY SCHEDULING ORDER**<br><br>Judge:  Honorable Jesus G. Bernal<br>Crtrm:  1<br><br>Action Filed:  October 28, 2020 |

IT IS HEREBY ORDERED that the deadlines and dates in the Civil Trial Scheduling Order (ECF No. 435) are modified as follows:

- **Deadline for Defendants to file a Reply in support of Defendants' MSJ and Opposition to Plaintiffs' MSJ**: April 27, 2026 (continued from April 20, 2026)

- **Deadline for Plaintiffs to file a Reply in support of Plaintiffs' MSJ**: May 22, 2026 (continued from May 11, 2026)

///

///

///

- **Dispositive Motion Hearing:** June 8, 2026 at 9:00 a.m. (continued from June 1, 2026 at 9:00 a.m.) The hearing on the Motions at Dkt. Nos.  41 & 50 are continued to June 8, 2026, at 9:00 a.m.  Zoom access will be available for all parties.  The Zoom link can be found on the Court's website.

IT IS SO ORDERED.

Dated: May 28, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE