# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*, | Case No. 2:20-cv-09893-JGB-ACCV |
| Plaintiffs, | **ORDER TO MODIFY SCHEDULING ORDER** |
| v. | Judge:   Honorable Jesus G. Bernal<br>Crtrm:   1 |
| MARKWAYNE MULLIN , *et al.*, | |
| Defendants. | Action Filed:   October 28, 2020 |

IT IS HEREBY ORDERED that the deadlines and dates in the Civil Trial Scheduling Order (ECF No. 435) are vacated pending the resolution of the parties' Cross Motions for Summary Judgment on file. *See* Dkts. 449, 450, 462.

Dated:  June 18, 2026

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE