**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

IMMIGRANT DEFENDERS LAW CENTER, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.

Case No. 2:20-cv-09893-JGB-ACCV

**ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME**

Judge: Honorable Jesus G. Bernal
Crtrm: 1

Action Filed: October 28, 2020

IT IS HEREBY ORDERED that Plaintiffs' request for extension of time is **GRANTED** and Plaintiffs' deadline to submit (1) either unredacted or appropriately redacted copies of the Motion for Summary Judgment, exhibits, and Plaintiffs' Reply, along with a report informing the Court of which parts of the Order may be unredacted, and (2) a proposed trial plan for the remaining claim shall be November 11, 2026.

Dated: October 30, 2026

HONORABLE JESUS G. BERNAL
**UNITED STATES DISTRICT JUDGE**